ANDREW F. KINDBERG, Respondent, *v.* ALVAH MUDGETT, Appellant.

(Argued April 17, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 10, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court.

*William S. Maddox* for appellant.

*Henry H. Spelman* for respondent.

Agree to affirm; no opinion.
All concur, except BROWN, J., not sitting.
Judgment affirmed.